```
Glenn Feldman (AZ Bar No. 010867)
(Appearing pro hac vice)
E-mail:    glenn.feldman@procopio.com
PROCOPIO, CORY, HARGREAVES
  & SAVITCH LLP
8355 E. Hartford Drive Suite 207
Scottsdale, AZ  85255
Telephone: 480.682.4312
Facsimile: 619.235.0398

Morgan L. Gallagher (CA Bar No. 29748)
E-mail:    morgan.gallagher@procopio.com
Racheal M. White Hawk (CA Bar No. 327073)
E-mail:    racheal.whitehawk@procopio.com
PROCOPIO, CORY, HARGREAVES
  & SAVITCH LLP
100 Spectrum Drive Suite 520
Irvine, CA 92618
Telephone: 949.468.1347
Facsimile: 619.235.0398

Attorneys for Proposed Intervenor-Defendant
CABAZON BAND OF CAHUILLA INDIANS
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>MARTIN A. MUELLER, in his official capacity as Judge for the Cabazon Reservation Court; MATTHEW L.M. FLETCHER, in his official capacity as Judge of the Cabazon Reservation Court of Appeals; ALEX SKIBINE, in his official capacity as Judge of the Cabazon Reservation Court of Appeals; KEVIN K. WASHBURN, in his official capacity as Judge of the Cabazon Reservation Court of Appeals,<br><br>       Defendants. | Case No. 5:22-cv-00015–JWH-KK<br><br>**CABAZON BAND OF CAHUILLA INDIANS' NOTICE OF MOTION AND MOTION TO INTERVENE FOR A LIMITED PURPOSE**<br><br>Hearing Date:    May 6, 2022<br>Hearing Time:    9:00 AM<br>Hon. John W. Holcomb |

128533-00000001/5759137.3

CABAZON BAND OF CAHUILLA INDIANS NOTICE OF MOTION
AND MOTION TO INTERVENE FOR A LIMITED PURPOSE
CASE NO. 5:22-CV-00015-JWH-KK

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 6, 2022 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John W. Holcomb, United States District Judge of the Central District of California, located at 3470 Twelfth Street, Riverside, CA 92501-3801, or by remote conferencing as directed by the Court, Proposed Intervenor-Defendant CABAZON BAND OF CAHUILLA INDIANS (the "Tribe") will, and hereby does, move the Court for leave to intervene in this action for the limited purpose of filing a motion to dismiss under Rules 12(b)(7) and 19 of the Federal Rules of Civil Procedure (the "Motion"). This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 16, 2022.

Under Rule 24(a)(2) of the Federal Rules of Civil Procedure, the Tribe is entitled to intervene in this action as a matter of right because it claims a legally protected interest relating to the subject matter of the action and is so situated that disposing of the action will impair or impede the Tribe's ability to protect its interest. Here, no other parties adequately represent the Tribe's interests.

Pursuant to Rule 24(c), a true and correct copy of the Memorandum of Points and Authorities and Declaration of Jonathan Rosser in support of the Tribe's proposed Motion to Intervene and Motion to Dismiss are submitted concurrently herewith. The Tribe intends to reserve a hearing date and file the Motion to Dismiss upon the Court's ruling on this Motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Declaration filed in support thereof, the pleadings and papers filed in this action, and upon such additional documentary or oral evidence as may be presented at or before the hearing.

/ / / / /

/ / / / /

/ / / / /

| | |
|---|---|
| DATED: March 24, 2022 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| | By: */s/ Morgan L. Gallagher* |
| | Glenn Feldman |
| | Morgan L. Gallagher |
| | Racheal M. White Hawk |
| | Attorneys for Proposed Intervenor-Defendant CABAZON BAND OF CAHUILLA INDIANS |