1  RICHARD J. DOREN, SBN 124666
     rdoren@gibsondunn.com
2  MATTHEW A. HOFFMAN, SBN 227351
     mhoffman@gibsondunn.com
3  BRADLEY J. HAMBURGER, SBN 266916
     bhamburger@gibsondunn.com
4  DANIEL R. ADLER, SBN 306924
     dadler@gibsondunn.com
5  KENNETH OSHITA, SBN 317106
     koshita@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
7  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
8  Facsimile:   213.229.7520

9  Attorneys for Plaintiff LEXINGTON
   INSURANCE COMPANY

10 [*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN A. MUELLER, in his official capacity as Judge for the Cabazon Reservation Court; DOUG WELMAS, in his official capacity as Chief Judge of the Cabazon Reservation Court,<br><br>Defendants. | CASE NO.  5:22-cv-00015-JWH-KK<br>**STIPULATION**<br>Hon. John W. Holcomb |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | George Forman (SBN 47822) |
| 2 | Jay B. Shapiro (SBN 224100) |
| 3 | Margaret C. Rosenfeld (SBN 127309) |
|   | FORMAN SHAPIRO & ROSENFELD LLP |
| 4 | 5055 Lucas Valley Road |
|   | Nicasio, CA 94946 |
| 5 | Phone: (415) 491-2310 |
| 6 | E-Mail: jay@gformanlaw.com |
| 7 | |
|   | Attorneys for Defendant MARTIN A. |
| 8 | MUELLER |
| 9 | |
| 10 | Glenn Feldman (AZ Bar No. 010867) |
|   | (*Appearing pro hac vice*) |
| 11 | E-mail: glenn.feldman@procopio.com |
| 12 | PROCOPIO, CORY, HARGREAVES |
|   | & SAVITCH LLP |
| 13 | 8355 E. Hartford Drive Suite 207 |
| 14 | Scottsdale, AZ 85255 |
|   | Telephone: 480.682.4312 |
| 15 | Facsimile: 619.235.0398 |
| 16 | |
| 17 | Morgan L. Gallagher (CA Bar No. 29748) |
|   | E-mail: morgan.gallagher@procopio.com |
| 18 | Racheal M. White Hawk (CA Bar No. 327073) |
| 19 | E-mail: racheal.whitehawk@procopio.com |
|   | PROCOPIO, CORY, HARGREAVES |
| 20 | & SAVITCH LLP |
| 21 | 100 Spectrum Drive Suite 520 |
|   | Irvine, CA 92618 |
| 22 | Telephone: 949.468.1347 |
| 23 | Facsimile: 619.235.0398 |
| 24 | Attorneys for Defendant DOUG WELMAS |
| 25 | and Proposed Intervenor-Defendant |
|   | CABAZON BAND OF CAHUILLA INDIANS |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Civil Local Rule 7-1, Plaintiff Lexington Insurance Company and Defendants Mueller and Welmas (collectively, the "Parties"), and Proposed Intervenor the Cabazon Band of Cahuilla Indians (the "Tribe"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on January 5, 2022 (Dkt. No. 1), naming Martin A. Mueller, Matthew L.M. Fletcher, Alex Skibine, and Kevin K. Washburn as defendants;

WHEREAS, Plaintiff filed its Motion for Preliminary Injunction on March 4, 2022 (Dkt. No. 11);

WHEREAS, Defendant Mueller and Messrs. Fletcher, Skibine, and Washburn filed a Motion to Dismiss on March 28, 2022 (Dkt. No. 15);

WHEREAS, the Tribe filed its Motion to Intervene on March 28, 2022 (Dkt. No. 14);

WHEREAS, Plaintiff filed its First Amended Complaint on April 13, 2022 (Dkt. No. 19), removing Messrs. Fletcher, Skibine, and Washburn and adding Chief Judge of the Cabazon Reservation Court Doug Welmas as a defendant;

WHEREAS, on April 14 and 15, 2022, the Parties and the Tribe met and conferred regarding the impact of the filing of the First Amended Complaint on the pending motions and a briefing schedule of proposed motions that would promote judicial efficiency and preserve the resources of the Parties;

WHEREAS, counsel for the Tribe identified themselves as counsel for Defendant Welmas and agreed to accept service of the First Amended Complaint on Defendant Welmas' behalf;

WHEREAS, the Parties and the Tribe stipulated and agreed to withdraw all pending motions and to promptly file notices of withdrawal in accordance with Civil Local Rule 7-16;

WHEREAS, the Parties stipulated and agreed that Defendants Mueller and Welmas shall file a Motion to Dismiss no later than April 27, 2022, Plaintiff shall file

its Opposition no later than May 23, 2022, and Defendants shall file any Reply no later than June 2, 2022;

WHEREAS, the Parties propose a hearing date of June 24, 2022 for Defendants' Motion to Dismiss;

WHEREAS, the Parties stipulated and agreed that the Parties shall file Cross-Motions for Summary Judgment no later than June 3, 2022, Oppositions no later than July 1, 2022, and Replies no later than July 15, 2022;

WHEREAS, the Parties propose a hearing date of July 29, 2022 for the Parties' Cross-Motions for Summary Judgment; and

WHEREAS, Plaintiff and the Tribe further stipulated and agreed to stay the underlying action tribal court action, *Cabazon Band of Mission Indians v. Lexington Ins. Co.*, No. CBMI 2020-0103, in the Cabazon Reservation Court, until a final appealable judgment is issued by this Court.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local Rule 7-1 that:

1. The Parties and Proposed Intervenor shall withdraw their pending Motion for Preliminary Injunction, Motion to Dismiss, and Motion to Intervene, in accordance with Civil Local Rule 7-16;
2. The Parties shall file the following briefs according to the below schedule:
    - Defendants' Motion to Dismiss no later than April 27, 2022;
    - Plaintiff's Opposition to Defendants Motion to Dismiss no later than May 23, 2022;
    - Defendants' Reply in support of their Motion to Dismiss no later than June 2, 2022;
    - The Parties' Cross-Motions for Summary Judgment no later than June 3, 2022;
    - Oppositions to the Parties' Cross-Motions for Summary Judgment

no later than July 1, 2022; and

- Replies in support of the Parties' Cross-Motions for Summary Judgment no later than July 15, 2022; and

**IT IS SO STIPULATED.**

Dated: April 19, 2022    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Richard J. Doren*
Richard J. Doren
Matthew A. Hoffman
Bradley J. Hamburger
Daniel R. Adler
Kenneth Oshita

Attorneys for Plaintiff LEXINGTON INSURANCE COMPANY

Dated: April 19, 2022    FORMAN SHAPIRO & ROSENFELD LLP

By: */s/ George Forman*
George Forman
Jay B. Shapiro
Margaret C. Rosenfeld

Attorneys for Defendant MARTIN A. MUELLER

Dated: April 19, 2022    PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/ Glenn Feldman*
Glenn Feldman
Morgan L. Gallagher
Racheal M. White Hawk

Attorneys for Defendant DOUG WELMAS and Proposed Intervenor-Defendant CABAZON BAND OF CAHUILLA INDIANS