RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
MATTHEW A. HOFFMAN, SBN 227351
  mhoffman@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
DANIEL R. ADLER, SBN 306924
  dadler@gibsondunn.com
KENNETH OSHITA, SBN 317106
  koshita@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff LEXINGTON INSURANCE COMPANY

[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN A. MUELLER, in his official capacity as Judge for the Cabazon Reservation Court; MATTHEW L.M. FLETCHER, in his official capacity as Judge of the Cabazon Reservation Court of Appeals; ALEX SKIBINE, in his official capacity as Judge of the Cabazon Reservation Court of Appeals; KEVIN K. WASHBURN, in his official capacity as Judge of the Cabazon Reservation Court of Appeals,<br><br>    Defendants. | CASE NO. 5:22-cv-00015-JWH-KKx<br><br>**ORDER GRANTING STIPULATION**<br><br>Hon. John W. Holcomb<br><br>**NOTE CHANGES MADE BY COURT** |

Gibson, Dunn & Crutcher LLP


George Forman (SBN 47822)
Jay B. Shapiro (SBN 224100)
Margaret C. Rosenfeld (SBN 127309)
FORMAN SHAPIRO & ROSENFELD LLP
5055 Lucas Valley Road
Nicasio, CA  94946
Phone: (415) 491-2310
E-Mail: jay@gformanlaw.com

Attorneys for Defendant MARTIN A. MUELLER

Glenn Feldman (AZ Bar No. 010867)
(*Appearing pro hac vice*)
E-mail: glenn.feldman@procopio.com
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
8355 E. Hartford Drive Suite 207
Scottsdale, AZ 85255
Telephone: 480.682.4312
Facsimile: 619.235.0398

Morgan L. Gallagher (CA Bar No. 29748)
E-mail: morgan.gallagher@procopio.com
Racheal M. White Hawk (CA Bar No. 327073)
E-mail: racheal.whitehawk@procopio.com
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
100 Spectrum Drive Suite 520
Irvine, CA 92618
Telephone: 949.468.1347
Facsimile: 619.235.0398

Attorneys for Defendant DOUG WELMAS
and Proposed Intervenor-Defendant
CABAZON BAND OF CAHUILLA INDIANS

The Court, having reviewed the Stipulation submitted by Plaintiff Lexington Insurance Company and Defendants Mueller and Welmas (collectively, the "Parties"), and Proposed Intervenor the Cabazon Band of Cahuilla Indians (the "Tribe"), on April 19, 2022, and good cause appearing therefor, hereby **ORDERS** as follows:

1. The following motions are **WITHDRAWN** in accordance with L.R. 7-16:
   - Motion for Preliminary Injunction [ECF No. 11];
   - Motion to Dismiss [ECF No. 15]; and
   - Motion to Intervene [ECF No. 14].

2. The Parties shall file the following briefs according to the below schedule:
   - Defendants' Motion to Dismiss—no later than April 27, 2022;
   - Plaintiff's Opposition to Defendants' Motion to Dismiss—no later than May 23, 2022;
   - Defendants' Reply in support of their Motion to Dismiss—no later than June 2, 2022;
   - The Parties' Cross-Motions for Summary Judgment—no later than June 3, 2022;
   - Oppositions to the Parties' Cross-Motions for Summary Judgment—no later than July 1, 2022; and
   - Replies in support of the Parties' Cross-Motions for Summary Judgment—no later than July 15, 2022.

3. The hearing on Defendants' anticipated Motion to Dismiss is **SET** for June 24, 2022, at 9:00 a.m.

4. The hearing on the Parties' anticipated Cross-Motions for Summary Judgment is **SET** for July 29, 2022, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  April 20, 2022

The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE