Glenn Feldman (AZ Bar No. 010867)
(Pro hac vice application pending)
E-mail:  glenn.feldman@procopio.com
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
8355 E. Hartford Drive Suite 207
Scottsdale, AZ  85255
Telephone: 480.682.4312
Facsimile: 619.235.0398

Morgan L. Gallagher (CA Bar No. 29748)
E-mail:  morgan.gallagher@procopio.com
Racheal M. White Hawk (CA Bar No. 327073)
E-mail:  racheal.whitehawk@procopio.com
PROCOPIO, CORY, HARGREAVES
   & SAVITCH LLP
100 Spectrum Drive Suite 520
Irvine, CA 92618
Telephone: 949.468.1347
Facsimile: 619.235.0398

Attorneys for Defendant DOUG WELMAS

George Forman (SBN 047822)
Jay B. Shapiro (SBN 224100)
Margaret C. Rosenfeld (SBN 127309)
FORMAN SHAPIRO & ROSENFELD LLP
5055 Lucas Valley Road
Nicasio, CA 94946
Telephone: (415) 491-2310
E-Mail: jay@gformanlaw.com

Attorneys for Defendant MARTIN A. MUELLER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>                   Plaintiff,<br><br>v.<br><br>MARTIN A. MUELLER, in his official capacity as Judge for the Cabazon Reservation Court; DOUG WELMAS, in his official capacity as Chief Judge of the Cabazon Reservation Court,<br><br>                   Defendants. | Case No. 5:22-CV-00015-JWH-KK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date:   June 24, 2022<br>Hearing Time:   9:00 AM<br>Hon.  John W. Holcomb |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on June 24, 2022 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John W. Holcomb, United States District Judge of the Central District of California, located at 3470 Twelfth Street, Riverside, CA 92501-3801, or by remote conferencing as directed by the Court, Defendants Martin A. Mueller and Doug Welmas (the "Defendants") will, and hereby do, move the Court to dismiss this action under Rules 12(b)(1), 12(b)(6), 12(b)(7) and 19, of the Federal Rules of Civil Procedure (the "Motion").

Defendants will, and hereby do, move the Court to dismiss this action under Rules 12(b)(6) and 12(b)(1). As set forth in the accompanying Memorandum, Plaintiff fails to state a claim upon which relief can be granted because as explained in *Whole Woman's Health v. Jackson*, 142 S. Ct. 522 (2021), under the *Ex parte Young* doctrine, prospective injunctive relief is not available against persons, such as Defendants, who are sued in their official capacity as judges. Separately, this Court lacks subject matter jurisdiction over the lawsuit because there is no case or controversy between Plaintiff and Defendants.

Alternatively, the Tribe's sovereign interests in determining the scope and authority of its Tribal Court system will be directly and materially impacted by the outcome of this matter. Thus, the Tribe is a required party pursuant to Federal Rule of Civil Procedure 19(a)(1)(B)(i). However, the Tribe has sovereign immunity and therefore, as a matter of law, cannot be joined as a party to this action. As such, the action must be dismissed under Rule 19. *See Jamul Action Committee v. Simermeyer*, 974 F.3d 984 (9th Cir. 2020), cert. denied 142 S. Ct. 83 (2021); *Diné Citizens Against Ruining Our Env't v. Bureau of Indian Affairs*, 932 F.3d 843 (9th Cir. 2019), *cert. denied*, 141 S. Ct. 161 (2020).

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declarations of Jonathan Rosser and Doug Welmas, the pleadings and papers filed in this action, and

upon such additional documentary or oral evidence as may be presented at or before the hearing.

DATED: April 27, 2022                                PROCOPIO, CORY, HARGREAVES
                                                                                      & SAVITCH LLP

By: */s/Morgan L. Gallagher*
      Glenn Feldman
      Morgan L. Gallagher
      Racheal M. White Hawk
      Attorneys for Defendant CABAZON BAND
      OF CAHUILLA INDIANS

DATED: April 27, 2022                                FORMAN SHAPIRO & ROSENFELD LLP

By: */s/ Jay B. Shapiro*
      George Forman
      Jay B. Shapiro
      Margaret C. Rosenfeld
      Attorneys for Defendant
      MARTIN A. MUELLER

## **ATTESTATION**

I, Morgan L. Gallagher, am the filer. I hereby certify pursuant to L.R. 5-4.3.4 that the content of this document is acceptable to all persons required to sign the document and that I have obtained authorization to file this document with all "/s/" electronic signatures appearing within the foregoing document which are not my own.

                                                                       */s/Morgan L. Gallagher*
                                                                       Morgan L. Gallagher