JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LEXINGTON INSURANCE COMPANY, a Delaware corporation,

    Plaintiff,

v.

MARTIN A. MUELLER, in his official capacity as Judge for the Cabazon Reservation Court; and
DOUG WELMAS, in his official capacity as Chief Judge of the Cabazon Reservation Court,

    Defendants.

Case No. 5:22-cv-00015-JWH-KK

**JUDGMENT**

Pursuant to the "Order on Defendants' Motion to Dismiss [ECF No. 33] and Plaintiff and Defendants' Cross-Motions for Summary Judgment [ECF Nos. 39 & 40]" filed substantially concurrently herewith, and in accordance with Rules 12, 56, and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading of Plaintiff Lexington Insurance Company is the First Amended Complaint [ECF No. 19], through which Plaintiff asserts two claims for relief—for Declaratory Relief and for Injunctive Relief—against Defendants Martin A. Mueller and Doug Welmas.

3. Plaintiff's claims against Defendant Welmas are **DISMISSED** for lack of subject matter jurisdiction.

4. With respect to Plaintiff's remaining claims, Defendant Mueller shall have **JUDGMENT** in his **FAVOR**, and **AGAINST** Plaintiff. Plaintiff shall take nothing by way of its First Amended Complaint. This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 6, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE